## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

*In re*:                                                   )
                                                          )
**Unsealing**                                             )            <u>No. MJ-25-276-CMS</u>
**Search Warrant**                                        )
                                                          )

### <u>GOVERNMENT'S MOTION TO UNSEAL SEARCH WARRANT</u>

The United States hereby moves this Court to unseal the above-referenced sealed case. This case includes a sealed affidavit, warrant, and warrant return under Fed. R. Crim. P. 41 that relate to the defendant later publicly charged in this Court. The United States previously moved this Court to seal the above-referenced case because a federal criminal investigation at that time was ongoing and disclosure of evidence, witness identities, and information contained in the affidavit and warrant might have hampered that investigation. After reviewing the government's motion to seal, this Court ordered the case to be sealed when it authorized the warrant.

"Courts have long recognized a common-law right of access to judicial records." *United States v. Bacon*, 950 F.3d 1286, 1292 (10th Cir. 2020) (quotation marks omitted). "Consistent with this presumption that judicial records should be open to the public, the party seeking to keep records sealed bears the burden of justifying that secrecy, even where, as here, the district court already previously determined that those documents should be sealed." *Id.* at 1293 (quotation marks omitted). In connection with a comprehensive, individualized review of the sealed matter with this Court, the United States has determined that sealing of the above-referenced case is no longer necessary.

2

Accordingly, the United States moves to unseal the above-referenced case.  The

United States will provide to this Court a proposed order related to this motion.


Respectfully submitted,

ROBERT J. TROESTER
United States Attorney

*s/Jordan Ganz*
Assistant United States Attorney
Texas Bar. No. 24116408
210 West Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8700 (Office)
(405) 553-8849 (Fax)
Jordan.ganz@usdoj.gov